UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PURNA BAOADUR BASNET a/k/a PURNA BAHADUR BASNET,

Petitioner,

v.

JEREMY CASEY, et al.,

Respondents.

Case No.:  3:26-cv-1221-CAB-BLM

**ORDER:**
**(1) GRANTING A WRIT OF HABEAS CORPUS; and**

**(2) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT [Doc. No. 2].**

Petitioner Purna Bahadur Basnet filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he is an asylum seeker who arrived in the United States on October 4, 2024, was encountered and processed by Customs and Border Protection, and was then released from custody on his own recognizance under 8 U.S.C. § 1226(a)(2)(B).  [*Id.* at 1, 13.]  He applied for asylum, obtained a work authorization, and complied with all terms of his release.  [*Id.*]  Then, on November 8, 2025, Respondents detained Petitioner without notice and without a material

1

change in circumstances.  [*Id.* at 2.]  Petitioner has a bond hearing scheduled for March 17, 2026, [Doc. No. 7], but contends that a bond hearing is "an inadequate remedy for [his] unlawful arrest and detention[.]"  [Petition at 2].

Respondents do not contest any of Petitioner's asserted facts.  [Doc. No. 5.]  Nor do Respondents make any legal arguments against Petitioner's claims that his detention violates the Due Process Clause of the Fifth Amendment.  [Petition at 16.]  Instead, Respondents say that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a). [Doc. No. 5.]

In light of Petitioner's unrefuted facts and legal claims, the Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases.  *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026).  The Court therefore **ORDERS** Respondents to immediately release Petitioner with the same conditions to which he was subject to immediately prior to his November 8, 2025 detention. The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  March 10, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge